MICHAEL J. DADY, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Dady* v. *City of New York*, 156 App. Div. 900, affirmed.
(Argued April 28, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover for damages for the breach by the defendant of a contract made with the plaintiff to do the work of remodeling and extending the Massapequa pumping station near Massapequa, L. I., including the pumping plant, pump well and infiltration gallery system, with the necessary appurtenances. The sole contention is based upon the interpretation to be placed upon the contract between the parties. The plaintiff claims by the terms of the contract he was obligated to pump water for the city during the actual work of construction only, while the defendant insists that he should so pump during the life of the contract irrespective of the fact as to whether work under the contract was being done by the plaintiff and to continue to so pump until the work was accepted by the defendant.

*Jerry A. Wernberg* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.